No. 373.   ABERLIN *v.* ZISMAN ET UX.   C. A. 1st Cir. Certiorari denied.   *Dora Aberlin* for petitioner.

No. 379.   CARROLL *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *John P. McGrath* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Meyer Rothwacks* for the United States.

No. 383.   CENTER ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Ben Kohler, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Joseph Langbart* for the United States.

No. 384.   LINES *v.* CALIFORNIA, DEPARTMENT OF EMPLOYMENT.   C. A. 9th Cir.   Certiorari denied.   *Max H. Margolis* for petitioner.   *Edmund G. Brown,* Attorney General of California, *James E. Sabine* and *Irving H. Perluss,* Assistant Attorneys General, and *Eugene B. Jacobs,* Deputy Attorney General, for respondent. *Charles P. Scully* filed a brief for the California State Federation of Labor, A. F. L., as *amicus curiae,* in support of the petition for a writ of certiorari.

No. 21, Misc.   WILLIAMS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95, Misc.   STRIKER *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Leo F. Lightner* for petitioner. *Newell A. Clapp* for respondent.